AO 91 (Rev. 02/09) Criminal Complaint        Felony

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*January 14, 2022*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B:22-mj-136 |
| Benlly Gamaliel GALVAN | ) | |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __January 13, 2022__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __18__ U. S. C. § __554 and 371__ an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: One (1) .22 caliber GSG 522 rifle, one (1) .22 caliber Glock 44 pistol, 62 rounds of .22 caliber ammunition and four (4) .22 caliber magazines.

This criminal complaint is based on these facts:

On January 13, 2022, United States Customs and Border Protection Officers (CBPOs) at the Brownsville Gateway International Port of Entry, Brownsville, TX, while conducting outbound inspections, selected a white GMC Sierra for inspection. CBPOs encountered the driver, Benlly Gamaliel GALVAN, a United States Citizen, and received a negative declaration. CBPOs inspected the vehicle and discovered a .22 caliber GSG 522 rifle inside a backpack on the front passenger side floorboard. A .22 caliber Glock 44 pistol was also discovered in the center console. Homeland Security Investigations special agents interviewed GALVAN. GALVAN stated a subject from Mexico requested two (2) firearms from him and gave him $1,700 for the purchase of the two firearms. GALVAN stated he traveled to Austin, Tx and purchased the .22 caliber GSG 522 rifle and stated that he had previously purchased the Glock 44 pistol. AUSA David Coronado accepted federal prosecution on GALVAN.

☐ Continued on the attached sheet

*Complainant's signature*

SA Eli Rocha Jr.
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on January 14, 2022.

Date: __January 14, 2022__

*Judge's signature*

City and state: __Brownsville, Texas__   Ronald G. Morgan, U.S. Magistrate Judge
*Printed name and title*